UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DARRELL T. OPPERMANN<br>2229 Gracey Lane<br>Fallbrook, California 92028, | )<br>)<br>)<br>) | |
| *Plaintiff,* | )<br>) | |
| v. | )<br>) | No. |
| UNITED STATES, | )<br>) | |
| *Defendant.* | )<br>) | |

COMPLAINT
(Unconstitutional Court-Martial)

### *Jurisdiction*

1.  This Court has jurisdiction pursuant to 28 U.S.C. § 1331 and the Fifth Amendment.

### *Parties*

2.  Plaintiff, a citizen of the United States who resides at the address stated in the caption, previously served as a Lieutenant Commander in the Navy.

3.  Defendant is the United States.

### *Facts*

4.  Military personnel of all of the armed forces are subject to trial by court-martial under a single Act of Congress, the Uniform Code of Military Justice ("UCMJ"). 10 U.S.C. §§ 801 *et seq.*

5.  "Military judges" preside over courts-martial and "appellate military judges" serve on the intermediate appellate courts provided for in the UCMJ and known as Courts of Criminal Appeals. UCMJ arts. 26, 66(a), 10 U.S.C. §§ 826, 866(a).

6. In 1994, the Supreme Court held that it is not a violation of due process for

military judges to serve without the protection of a fixed term of office. *Weiss v. United States*, 510 U.S. 163, 176-81 (1994).

7. Thereafter, fixed terms of office were prescribed for Army and Coast Guard trial and appellate military judges but not for those of the Navy, Marine Corps, and Air Force.

8. There is no rational basis for the inter-service disparity indicated in ¶ 7.

9. On August 20, 2003, plaintiff was convicted in a general court-martial bench trial and sentenced to be confined for nine months, to forfeit $2,000 pay per month for nine months, and to be dismissed from the Navy.

10. The military judge was a naval officer who served without the protection of a fixed term of office.

11. The convening authority suspended the adjudged confinement and forfeitures pursuant to a pretrial agreement.

12. Plaintiff's conviction was subject to automatic review by the United States Navy-Marine Corps Court of Criminal Appeals ("the Navy Court").

13. The judges of the Navy Court are naval and Marine Corps officers who serve without the protection of a fixed term of office.

14. On June 29, 2006, the Navy Court affirmed the findings of guilt and the sentence as approved by the convening authority. *United States v. Oppermann*, No. 200500012 (N-M. Ct. Crim. App. 2006) (per curiam).

15. One of plaintiff's contentions before the Navy Court was that he was denied equal protection of the law as guaranteed by the due process clause of the Fifth Amendment because the military judge who presided at his trial and the judges of the Navy Court who would decide the case on appeal lacked the protection of a fixed term of office, in contrast with the trial and appellate military judges of the Army and Coast Guard.

16. The Navy Court's complete response to plaintiff's equal protection claim was: "We disagree, and decline to grant relief. *See Weiss v. United States*, 510 U.S. 163, 176-81 (1994); *United States v. Loving*, 41 M.J. 213, 295-96 (C.A.A.F. 1994), *aff'd*, 517 U.S. 748 (1996)."

17. Neither *Weiss* nor *Loving* dealt with the inter-service disparity indicated in ¶ 7.

18. Plaintiff filed a timely petition for review in the United States Court of Appeals for the Armed Forces ("CAAF"), raising only the following question:

> WHETHER THE EQUAL PROTECTION COMPONENT OF FIFTH AMENDMENT DUE PROCESS WAS VIOLATED AT TRIAL AND IN THE COURT OF CRIMINAL APPEALS WHERE THE MILITARY JUDGE AND THE JUDGES OF THAT COURT SERVE WITHOUT THE PROTECTION OF A FIXED TERM OF OFFICE, WHILE THOSE IN THE ARMY AND COAST GUARD ENJOY SUCH PROTECTION BY REGULATION.

19. On October 11, 2006, CAAF denied plaintiff's petition without explanation. *United States v. Oppermann*, 64 M.J. __ (C.A.A.F. 2006) (mem.).

20. CAAF's refusal to grant plaintiff's petition is not subject to review by the Supreme Court by writ of certiorari. UCMJ art. 67a(a), 10 U.S.C. § 867a(a).

### *Cause of Action*

21. The averments of ¶¶ 1-20 are incorporated herein.

22. Plaintiff's conviction is unconstitutional because the inter-service disparity indicated in ¶ 7 violates the equal protection component of Fifth Amendment due process.

### *Prayer*

WHEREFORE plaintiff respectfully prays that judgment be entered declaring his conviction unconstitutional and therefore null and void.

Respectfully submitted,

*Eugene R. Fidell*

EUGENE R. FIDELL
FELDESMAN TUCKER LEIFER
  FIDELL LLP
2001 L Street, N.W.
Second Floor
Washington, D.C. 20036
(202) 466-8960

*Attorney for Plaintiff*

October 24, 2006

Serve:

Hon. Alberto R. Gonzales, Attorney General of the United States
Hon. Jeffrey A. Taylor, United States Attorney for the District of Columbia

4

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

| **I (a) PLAINTIFFS** | **DEFENDANTS** |
|---|---|
| Darrell T. Oppermann<br>2229 Gracey Lane<br>Fallbrook, California 92028 | United States |

| **(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** San Diego County<br>(EXCEPT IN U.S. PLAINTIFF CASES) | **COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** _____<br>(IN U.S. PLAINTIFF CASES ONLY) _____<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF<br>LAND INVOLVED |

| **(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)** | **ATTORNEYS (IF KNOWN)** |
|---|---|
| Eugene R. Fidell<br>Feldesman Tucker Leifer Fidell LLP<br>2001 L Street, N.W., Second Floor<br>Washington, DC 20036<br>(202)466-8960 | Jeffrey A. Taylor<br>US Attorney<br>c/o Chief, Civil Division<br>Attn: Civil Process Clerk<br>555 4th Street, N.W.<br>Washington, DC 20530 |

## II. BASIS OF JURISDICTION

(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ○ 3 Federal Question (U.S. Government Not a Party)
- ◉ 2 U.S. Government Defendant
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT

(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

| ◉ **A. Antitrust** | ○ **B. Personal Injury/ Malpractice** | ○ **C. Administrative Agency Review** | ○ **D. Temporary Restraining Order/Preliminary Injunction** |
|---|---|---|---|
| ☐ 410 Antitrust | ☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Medical Malpractice<br>☐ 365 Product Liability<br>☐ 368 Asbestos Product Liability | ☐ 151 Medicare Act<br><br>**Social Security:**<br>☐ 861 HIA ((1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g)<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)<br>**Other Statutes**<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 890 Other Statutory Actions (If Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment.<br><br>*(If Antitrust, then A governs)* |

| ◉ **E. General Civil (Other)** | **OR** | ○ **F. Pro Se General Civil** |
|---|---|---|

| **Real Property**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent, Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property<br><br>**Personal Property**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | **Bankruptcy**<br>☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br><br>**Prisoner Petitions**<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br><br>**Property Rights**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br><br>**Federal Tax Suits**<br>☐ 870 Taxes (US plaintiff or defendant<br>☐ 871 IRS-Third Party 26 USC 7609 | **Forfeiture/Penalty**<br>☐ 610 Agriculture<br>☐ 620 Other Food &Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 RR & Truck<br>☐ 650 Airline Regs<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other<br><br>**Other Statutes**<br>☐ 400 State Reapportionment<br>☐ 430 Banks & Banking<br>☐ 450 Commerce/ICC Rates/etc.<br>☐ 460 Deportation | ☐ 470 Racketeer Influenced & Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Satellite TV<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 USC 3410<br>☐ 900 Appeal of fee determination under equal access to Justice<br>☐ 950 Constitutionality of State Statutes<br>☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act |

| G. *Habeas Corpus/ 2255* | H. *Employment Discrimination* | I. *FOIA/PRIVACY ACT* | J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex, national origin, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans<br>(excluding veterans) |

| K. *Labor/ERISA (non-employment)* | L. *Other Civil Rights (non-employment)* | M. *Contract* | N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☉ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

28 U.S.C. § 1331 - Unconstitutional Court-Martial

**VII. REQUESTED IN COMPLAINT**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   **DEMAND $**　　　　　 Check YES only if demanded in complaint   **JURY DEMAND:**  YES ☐   NO ☒

**VIII. RELATED CASE(S) IF ANY**  (See instruction)   YES ☐   NO ☒   If yes, please complete related case form.

DATE October 24, 2006    SIGNATURE OF ATTORNEY OF RECORD  *Eugene R. Fidell*

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.     COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.     CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.     CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.     CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.     RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.