UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARRELL T. OPPERMAN, )<br>)<br>       Plaintiff, )<br>)<br>   v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>       Defendant. )<br>_____) | Civil Action No. 06-1824 (EGS) |

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER OR RESPONSE TO COMPLAINT AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant, United States of America, respectfully requests a thirty-day enlargement of time, up to and including January 29, 2007, within which to respond to Plaintiff's Complaint.[1]  Pursuant to Local Rule 7(m), the undersigned discussed the relief requested in this Motion with Plaintiff's counsel, who stated that Plaintiff consents to this enlargement of time.  A proposed order consistent with this Motion is attached.

In support of this Motion, Defendant states as follows:

1. Defendant's answer currently is due by December 29, 2006 in this Constitutional challenge to the judges "who presided at [Plaintiff's] trial and the judges of the Navy Court who

---

[1] Counsel for the parties in this case discussed a thirty-day extension of time.  Because the thirtieth day falls on a Sunday, January 28, 2007, under the Fed. R. Civ. P., Defendant's answer or response to the Complaint would be due the next business day, January 29, 2007.  By way of this Motion, Defendant does not waive any defenses available to it under law, and in fact, expressly reserves any such defenses, including but not limited to improper venue and insufficiency of service of process.  The undersigned has discussed the issue of service of process with counsel for Plaintiff.  The docket for this case reflects service upon the Attorney General of the United States and the Office of the United States Attorney for the District of Columbia only. See Document Nos. 2-3.  The Court's docket does not reflect service of process on the Navy.

would decide the case on appeal . . . ." Compl. at ¶ 15.² See also Document No. 2 (return receipt for Office of the United States Attorney for the District of Columbia).

    2. The undersigned counsel of record will be away from the office December 28 and 29 due to the holidays.

    3. In addition, Defendant anticipates filing a dispositive motion in response to the Complaint in this case. The additional time is needed because the undersigned will need time to prepare the dispositive motion and to coordinate the government's response with the client agency, the United States Navy. The undersigned counsel of record will need the requested time to review relevant materials and to conduct research on any applicable legal defenses. In addition, the undersigned's commitments in other cases will prevent the earlier filing of a dispositive motion. For example, on January 12, 2007, the undersigned counsel has an appellate argument in Fogg v. Gonzales, Appeal No. 05-5439, an appeal involving multiple issues and a voluminous district court record.

    3. This extension is sought in good faith. The granting of this Motion would promote judicial economy because, should the Court grant the dispositive motion Defendant anticipates filing, it would resolve this case without the cost and time of further litigation.

---

² According to the Complaint, at ¶ 9, "plaintiff was convicted in a general court martial bench trial . . . [and] dismissed from the Navy."

For the foregoing reasons, Defendant respectfully requests that this Motion be granted.

    Respectfully submitted,

    <u>  s/Jeffrey A. Taylor  </u>
    JEFFREY A. TAYLOR, D.C. BAR # 498610
    United States Attorney

    <u>  s/Rudolph Contreras  </u>
    RUDOLPH CONTRERAS, D.C. BAR #  434122
    Assistant United States Attorney

    <u>  s/Peter S. Smith  </u>
    PETER S. SMITH, D.C. BAR # 465131
    Assistant United States Attorney
    United States Attorney's Office
    Civil Division
    555 4th Street, N.W.
    Washington, D.C. 20530
    (202) 307-0372

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARRELL T. OPPERMAN, )<br>)<br>   Plaintiff, )<br>)<br>  v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>   Defendant. )<br>_____) | Civil Action No. 06-1824 (EGS) |

### ORDER

UPON CONSIDERATION of the Defendant's Motion for Extension of Time to Answer and the Memorandum of Points and Authorities in Support thereof, it is this ____ day of _____, 2006, ORDERED that Defendant's motion should be and it hereby is granted; and it is, FURTHER ORDERED that Defendants' answer or response to the Complaint is due by January 29, 2007.

_____
UNITED STATES DISTRICT JUDGE