UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARRELL T. OPPERMANN, )<br>)<br>        Plaintiff, )<br>)<br>   v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>        Defendant. )<br>_____) | Civil Action No. 06-1824 (EGS) |

**DEFENDANT'S SECOND CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER OR RESPONSE TO COMPLAINT AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant, United States of America, respectfully requests an enlargement of time of eleven days, up to and including February 9, 2007, within which to respond to Plaintiff's Complaint.[1] Pursuant to Local Rule 7(m), the undersigned discussed the relief requested in this Motion with Plaintiff's counsel, who stated that Plaintiff consents to this enlargement of time. A proposed order consistent with this Motion is attached.

In support of this Motion, Defendant states as follows:

1. Defendant's answer currently is due by January 29, 2007, in this Constitutional challenge to the judges "who presided at [Plaintiff's] trial and the judges of the Navy Court who would decide the case on appeal . . . ." Compl. at ¶ 15.[2]

---

[1] By way of this Motion, Defendant does not waive any defenses available to it under law, and in fact, expressly reserves any such defenses, including but not limited to improper venue and insufficiency of service of process.

[2] According to the Complaint, at ¶ 9, "plaintiff was convicted in a general court martial bench trial . . . [and] dismissed from the Navy."

2. The undersigned counsel of record will be away from the office January 29 through February 2, 2007 and will be unable to finalize and file Defendant's response to the Complaint during that time.

3. In addition, Defendant anticipates filing a dispositive motion in response to the Complaint in this case. The undersigned counsel will need the requested time to prepare the dispositive motion and to coordinate the government's response with the client agency, the United States Navy.

4. This extension is sought in good faith. The granting of this Motion would promote judicial economy because, should the Court grant the dispositive motion Defendant anticipates filing, it would resolve this case without the cost and time of further litigation.

For the foregoing reasons, Defendant respectfully requests that this Motion be granted.

Respectfully submitted,

   s/Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

   s/Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

   s/Peter S. Smith
PETER S. SMITH, D.C. BAR # 465131
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARRELL T. OPPERMANN       ) | |
| )  | |
| Plaintiff,       ) | |
| ) | |
| v.       ) | Civil Action No. 06-1824 (EGS) |
| ) | |
| UNITED STATES OF AMERICA,       ) | |
| ) | |
| Defendant.       ) | |
| _____) | |

ORDER

UPON CONSIDERATION of the Defendant's Second Consent Motion for Extension of Time to Answer and the Memorandum of Points and Authorities in Support thereof, it is this _____ day of _____, 2007, ORDERED that Defendant's motion should be and it hereby is granted; and it is, FURTHER ORDERED that Defendants' answer or response to the Complaint is due by February 9, 2007.

_____
UNITED STATES DISTRICT JUDGE