UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARRELL T. OPPERMANN, )<br>)<br>    *Plaintiff,* )<br>)<br>v. )<br>)<br>UNITED STATES, )<br>)<br>    *Defendant.* ) | Case No.: 1:06cv01824 (EGS)<br><br><br><br><br>Judge Sullivan |

### DECLARATION OF LUCY N. LASKER

1. I am a Secretary at the law firm of Feldesman Tucker Leifer Fidell LLP.

2. On December 27, 2006, I sent copies of the summons and complaint to Donald C. Winter, Secretary of the Navy, by certified mail, return receipt requested.

3. On January 10, 2007, we received the return receipt from the Department of the Navy, Office of the General Counsel, acknowledging receipt.

4. A copy of the return receipt is attached.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on January 25, 2007.

                                                        Lucy N. Lasker



■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hon. Donald C. Winter
Secretary of the Navy
The Pentagon, Rm. 4E686
Washington, DC 20530

LYNN H. [redacted]
ADMINISTRATIVE ASSISTANT
DEPARTMENT OF THE NAVY
OFFICE OF THE GENERAL COUNSEL
WASHINGTON, D.C. 20350

JAN 5 2007

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7004 0550 0001 2023 8029

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

FELDESMAN TUCKER LEIFER FIDELL LLP
2001 L STREET, NW, SECOND FLOOR
WASHINGTON, DC 20036



ERF