UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DARRELL T. OPPERMANN, | ) | |
| | ) | |
|     *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-1824 (EGS) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
|     *Defendant*. | ) | Judge Sullivan |

PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT OF TIME

    Plaintiff respectfully moves for an enlargement of time until Friday, March 16, 2007, in which to respond to defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment. This enlargement is necessitated by other briefing and trial obligations, and is the first time we have sought an enlargement in this case. We are authorized to state that defendant has consented to this enlargement. If, as we hope, it becomes possible to submit our consolidated opposition and cross-motion before March 16, we will of course do so.

    A proposed Order is submitted herewith.

                                                                  Respectfully submitted,

                                                                  /s/
                                                                  Eugene R. Fidell (112003)
                                                                Feldesman Tucker Leifer Fidell LLP
                                                               2001 L Street, N.W., Second Floor
                                                               Washington, DC 20036
                                                              (202) 466-8960
                                                              efidell@feldesmantucker.com

                                                              *Attorney for Plaintiff*

February 12, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DARRELL T. OPPERMANN, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-1824 (EGS) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| *Defendant*. | ) | |

ORDER

On consideration of plaintiff's Consent Motion for an Enlargement of Time in which to respond to defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment, it is, by the Court, this ___ day of _____, 2007,

ORDERED that plaintiff's motion be, and the same hereby is, GRANTED. He shall have until Friday, March 16, 2007, in which to submit his consolidated opposition and cross-motion in response to defendant's motion.

United States District Judge