UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARRELL T. OPPERMANN, )<br>)<br>        Plaintiff, )<br>)<br>   v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>        Defendant. )<br>_____) | Civil Action No. 06-1824 (EGS) |

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY TO OPPOSITION TO DEFENDANT'S DISPOSITIVE MOTION AND OPPOSITION TO PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant respectfully moves this Court to enlarge the time to file a reply to Plaintiff's opposition to Defendant's motion to dismiss or for summary judgment (Document No. 8) and in opposition to Plaintiff's cross-motion for summary judgment. See Document 9 (Plaintiff's Cross Motion), 10 (Plaintiff's Opposition). Defendant's reply currently is due by March 12, 2007, and Defendant's opposition is due by March 16, 2007. Defendant intends to file one consolidated opposition and reply. Defendant requests that the deadline for Defendant's consolidated filing be set as March 26, 2007. This is Defendant's first request to extend these deadlines. Pursuant to LCvR 7(m), the undersigned counsel has consulted with Plaintiff's counsel concerning this motion, who stated that Plaintiff consents to the requested relief. The grounds for this motion are set forth below.

Additional time is needed for counsel for Defendant to respond fully to Plaintiff's cross-motion and opposition. The undersigned counsel of record will need additional time to draft the filing. Additionally, counsel will need additional time to confer with the agency and receive the

necessary supervisory review.

Deadlines in the undersigned counsel's other cases in an active docket and counsel's large workload have prevented counsel from drafting and completing Defendant's opposition and reply prior to this time. Specifically, the undersigned counsel prepared and served lengthy discovery responses in <u>Roane v. Dept. of Justice</u>, 05-2337 (RWR), which were due by March 5, 2007. In that same case, the undersigned counsel of record will be traveling to Indiana on March 9 and 10, 2007, for a site inspection of a Federal prison. On March 6, 2007, the undersigned counsel conducted the deposition of the plaintiff in <u>Kelly v. Barreto</u>, 05-0900 (PLF). In addition, the undersigned has two replies, one opposition to a motion for summary judgment, and one answer, all due within the next ten days. On March 8, 2007, the entire Civil Division of the United States Attorney's Office for the District of Columbia was out of the office for mandatory training.

This motion is made in good faith and not for purposes of causing any undue delay. Allowing Defendant this additional time to draft and file the consolidated filing should aid the Court in the resolution of this case. In addition, there is no schedule in this case, which can be resolved on the pending motions.

WHEREFORE, based on the foregoing, Defendant respectfully requests that the time for filing a consolidated opposition and reply be set as March 26, 2007. A proposed order is attached.

        Respectfully submitted,

        s/Jeffrey A. Taylor
        JEFFREY A. TAYLOR, D.C. BAR # 498610
        Interim United States Attorney

        s/Rudolph Contreras
        RUDOLPH CONTRERAS, D.C. BAR # 434122
        Assistant United States Attorney

        s/Peter S. Smith
        PETER S. SMITH, D.C. BAR # 465131
        Assistant United States Attorney
        United States Attorney's Office
        Civil Division
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 307-0372

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARRELL T. OPPERMANN )<br> )<br>     Plaintiff,     )<br> )<br>     v.                )   Civil Action No. 06-1824 (EGS)<br> )<br>UNITED STATES OF AMERICA, )<br> )<br>     Defendant.    )<br>_____ ) | |

ORDER

UPON CONSIDERATION of the Defendant's Consent Motion for Extension of Time to file reply to Plaintiff's Opposition to Defendant's dispositive motion and opposition to Plaintiff's cross-motion for summary judgment and the Memorandum of Points and Authorities in Support thereof, it is this ____ day of _____, 2007, ORDERED that Defendant's motion should be and it hereby is granted; and it is, FURTHER ORDERED that Defendant's consolidated opposition to Plaintiff's cross-motion for summary judgment and reply in support of Defendant's dispositive motion is due by March 26, 2007.

_____
UNITED STATES DISTRICT JUDGE