**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| DARRELL T. OPPERMANN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 06-1824(EGS) |
| v. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

### ORDER AND JUDGMENT

For the reasons stated in the accompanying Memorandum Opinion, it is by the Court hereby

**ORDERED** that defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment is **GRANTED** and plaintiff's Cross-Motion for Summary Judgment is **DENIED**; and it is

**FURTHER ORDERED** that **JUDGMENT** is entered for defendant and against plaintiff; and it is

**FURTHER ORDERED** that this Order and Judgment shall constitute a **FINAL JUDGMENT** in this case. This is a final appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

**Signed:    Emmet G. Sullivan**
**United States District Judge**
**June 15, 2007**