UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DARRELL T. OPPERMANN, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Civil No. 06-1824 (EGS) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| *Defendant.* | ) | Judge Sullivan |

NOTICE OF APPEAL

Notice is hereby given that Darrell T. Oppermann, plaintiff in the above-styled case, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Order and Judgment and Memorandum Opinion entered therein on June 15, 2007.

        Respectfully submitted,

        /s/
        Eugene R. Fidell (112003)
        Matthew S. Freedus (475887)
        Feldesman Tucker Leifer Fidell LLP
        2001 L Street, N.W., Second Floor
        Washington, DC   20036
        (202) 466-8960

        *Attorneys for Plaintiff*

June 20, 2007