# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

No. 07-5213                                                                 September Term, 2007

06cv01824

Darrell T. Oppermann,
      Appellant

v.

United States of America,
      Appellee

**MANDATE**

Pursuant to the provisions of Fed. R. App. Pro. 41(a)

ISSUED: _____

BY: _____ Deputy Clerk

ATTACHED: ___ Amending Order
             ___ Opinion
             ___ Order on Costs

Filed On:

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED NOV 2007

CLERK

**BEFORE:**  Sentelle, Randolph and Brown, Circuit Judges

## ORDER

Upon consideration of the motion for summary affirmance, the response thereto, and the reply, it is

**ORDERED** that the motion for summary affirmance be granted. The merits of the parties' positions are so clear as to warrant summary action. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam). Appellant has failed to show any fundamental constitutional error in the court-martial judgment on collateral review. See U.S. ex rel. New v. Rumsfeld, 448 F.3d 403, 408 (D.C. Cir. 2006).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold the issuance of the mandate herein until seven days after the resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

A True copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk